IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ANNE BELL,
as mother and next friend of
AARON S. BELL, a minor,
    Plaintiff,

v.       Case No. 3:08cv80/MCR/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

    Plaintiff, proceeding pro se, has filed a complaint for judicial review of an adverse administrative decision of the defendant and a motion to proceed *in forma pauperis*. Contrary to 42 U.S.C. § 405(g), the complaint is not addressed to the Commissioner of Social Security; rather, it names "Social Security." The appropriate defendant is Michael J. Astrue, Commissioner, and he shall be substituted as the defendant in this cause, as the court has already done in the caption of this order.

    Good cause having been shown, plaintiff's motion to proceed *in forma pauperis* (doc. 2) shall be granted. However, before service can be directed, plaintiff must submit prepared USM 285 forms for Michael J. Astrue, Commissioner of Social Security, the United States Attorney for the Northern District of Florida, and the Attorney General of the United States. Additionally, Plaintiff must provide service copies of her complaint.

    Accordingly, it is **ORDERED**:

    1.    Michael J. Astrue, as Commissioner of Social Security, is hereby substituted as the defendant in this action, and the clerk shall change the docket to so reflect.

    2.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is **GRANTED**.

    3.    The clerk of court shall forward to plaintiff three blank USM forms.

      4.      Plaintiff shall submit the completed USM forms within 15 days of the date of this order, along with three services copies of her complaint.  PLAINTIFF MUST WRITE HER SON'S SOCIAL SECURITY NUMBER ON EACH FORM UNDER HIS NAME IN THE CAPTION.

      5.      Upon receipt of the completed USM forms and copies of the complaint, the clerk of court is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

      6.      The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security and the Attorney General of the United States by <u>certified mail</u>, and upon the office of the United States Attorney for this district by regular U.S. Mail or by hand-delivery.

      7.      After a response to the complaint has been filed by the defendant, the plaintiff shall be required to mail to the attorney for the defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  The plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each defendant or to the attorney representing each defendant.  Any paper submitted for filing after a response to the complaint has been filed by the defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

      **DONE AND ORDERED** this 6th day of March 2008.

      /s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

Case No: *3:08cv80/MCR/MD*