**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARY BELL, as mother
and next friend of AARON
S. BELL, a minor,**
    Plaintiff,

vs.                                               **CASE NO.: 3:08cv80/MCR/MD**

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**
    Defendant.

---

**REPORT AND RECOMMENDATION**

This matter is before the court upon referral by the clerk. The plaintiff initiated this action through the filing of a petition for reversal of commissioner's final decision (doc. 1) on February 28, 2008. Summons was issued and an answer was filed by defendant on June 11, 2008 (doc. 17). On June 26, 2008 an order was entered requiring plaintiff to file her memorandum in support of the complaint no later than August 25, 2008 (doc. 20). No memorandum was filed, so an order was entered on September 3, 2008 giving plaintiff twenty (20) days to show cause why this case should not be dismissed for her failure to prosecute and failure to respond (doc. 21). That deadline passed with no response from the plaintiff.

Therefore, on October 9, 2008, plaintiff was given one last chance to show cause, within ten (10) days, why this case should not be dismissed for her failure to prosecute and failure to comply with orders from this court (doc. 22). Once again, plaintiff has failed to respond or explain her inability to comply with these orders.

**Accordingly, it is respectfully RECOMMENDED that this cause be DISMISSED for failure to prosecute and that the clerk be directed to close the file.**

**At Pensacola, Florida this 27th day of October, 2008.**

/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).**